## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ANDEANA SMITH, CRYSTAL PAGE
and LAURA JOHNSON,

      Plaintiffs,

v.                                    Case No: 5:14-cv-640-Oc-30PRL

SONU, INC. d/b/a Quick King
Food Stores, and AYAZ SUTARIA,

      Defendants.

_____

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Approve FLSA Settlement (Dkt. #31). The parties have entered into a Payment and Satisfaction Agreement and Releases (the "Agreement") disposing of the Fair Labor Standards Act claims brought by the Plaintiffs. The Court, having reviewed the terms of the Agreement hereby finds that it represents a reasonable compromise of the Plaintiffs' claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law.   Upon review and consideration, it is therefore

      **ORDERED AND ADJUDGED** that:

1.    The Joint Motion to Approve FLSA Settlement (Dkt. #31) is **GRANTED**.

2.    The Agreement is hereby **APPROVED**.

3.      Plaintiffs' Complaint and Sonu, Inc.'s Counterclaims are **DISMISSED** with prejudice.

4.      All pending motions are denied as moot. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\OCALA\14-cv-640 flsa settlement.docx